Hayxvood,
 
 Judge,
 

 was strongly inclined that the rent should ba apportioned,.but look time till this day to look into the cases, and now at this dav he mentioned the cases of Brown and Quilter, Amb. 619, and Stuart & Wright, 1 term, 708, and said, as there appeared to be so much more equity in those eases than in the others cited on the other side, he was still inclined to follow them, but as-it v»s stated in the answer that the rent contracted for was not above half the real value c" the premises, that cit> cumstance should have some weight, and he would therefore continue the injunction for the present, and put the party to re» ply and take depositions that the whole matter .might once morp come fully before the court at another tsi m«
 

 Adjoi:rnaiur>